HENRY B. TANGEMANN, Appellant, v. THE CITY OF NEW YORK, Respondent.

Appeal from a judgment of the Supreme Court, entered on the 12th day of May, 1914, dismissing complaint after a trial at Trial Term.

PER CURIAM: We think there was a question for the jury as to the negligence of the defendant and as to the freedom of the plaintiff from contributory negligence, and that, therefore, it was error to dismiss the complaint. It follows that the judgment appealed from should be reversed and a new trial ordered, with costs to appellant to abide the event. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.; McLaughlin and Dowling, JJ., dissented. Judgment reversed and new trial ordered, with costs to appellant to abide event. Order to be settled on notice.

THE UNITED STATES ASPHALT REFINING COMPANY, Appellant, v. THE TEXAS COMPANY, Respondent.

Appeal from an order of the Special Term granting a motion for a bill of particulars of the allegations of the reply to counterclaim.

PER CURIAM: There seems to be no necessity or propriety in requiring particulars called for by the following paragraphs of the affidavit upon which granted: As to the defense to the first counterclaim, Nos. 1, 2, 3, 4, 6, 7, 12, 13, 14, 15. As to the defense to the second counterclaim, paragraphs 1, 2, 3 and 4. The order appealed from should, therefore, be modified so as to grant the motion for the bill of particulars except in respect to the clauses hereinbefore enumerated, and as so modified affirmed, without costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order modified as stated in opinion and as so modified affirmed, without costs. Order to be settled on notice.